THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ALTON CLEVELAND, Appellant.

(Argued October 30, 1918; decided November 19, 1918.)

APPEAL from a judgment of the Supreme Court, rendered June 17, 1918, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*Harry E. Lewis,* District Attorney (*Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Absent: ANDREWS, J.